UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1190

SUSAN MCCOY,

Plaintiff - Appellant,

versus

MERRILL LYNCH, PIERCE, FENNER AND SMITH,
INCORPORATED,

Defendant - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Patrick Michael Duffy, District
Judge.  (CA-03-491-2-23BG)

Submitted:  July 21, 2004          Decided:  August 16, 2004

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Susan McCoy, Appellant Pro Se. Amy Yager Jenkins, NELSON, MULLINS,
RILEY & SCARBOROUGH, LLP, Charleston, South Carolina; Carole
Golinski Miller, MAYNARD, COOPER & GALE, PC, Birmingham, Alabama,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Susan McCoy appeals the district court's order accepting the recommendation of the magistrate judge, awarding summary judgment to Defendant, and dismissing McCoy's employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See McCoy v. Merrill Lynch, No. CA-03-491-2-23BG (D.S.C. Jan. 21, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED